UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JULSON FABIEN,                                              :
                                    Plaintiff,              :
                                                            :       21 Civ. 7178 (LGS)
          -against-                                         :
                                                            :              ORDER
ATLAS VAN LINES, INC., et al.,                              :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated December 3, 2022, required the parties to file a status letter on May 1, 2022, as outlined in Individual Rule IV.A.2;

      WHEREAS, the parties failed to submit the letter. It is hereby

      **ORDERED** that, by **May 6, 2022**, the parties shall file the status letter.

Dated: May 3, 2022
New York, New York

                                                  LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE