UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   JULSON FABIEN,                              :
                          Plaintiff,  :
                                    :
            -against-              :      21 Civ. 7178 (LGS)
                                    :
   ATLAS VAN LINES, INC.,          :      <u>ORDER</u>
                        Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated May 9, 2022, required the parties to file a status letter on July 29, 2022, as outlined in Individual Rule IV.A.2;

      WHEREAS, the parties failed to submit the letter. It is hereby

      **ORDERED** that, by **August 4, 2022**, the parties shall file the status letter.

Dated: August 2, 2022
       New York, New York

                                              **LORNA G. SCHOFIELD**
                                         **UNITED STATES DISTRICT JUDGE**