```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
   JULSON FABIEN,                                            :
                                      Plaintiff,             :
                                                             :     21 Civ. 7178 (LGS)
                  -against-                                  :
                                                             :            ORDER
   ATLAS VAN LINES, INC., et al.,                            :
                                      Defendants.            :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on August 8, 2022, the case was referred for mediation to the Court-annexed Mediation Program;

WHEREAS, a mediation conference was held on September 8, 2022, and a second mediation conference is scheduled for November 11, 2022;

WHEREAS, a pre-motion conference was held on September 14, 2022, at 4:00 P.M. It is hereby

**ORDERED** that, at the conclusion of the November 11, 2022, mediation conference, the parties shall file a joint letter apprising the Court of the status of mediation. It is further

**ORDERED**, that if Plaintiff plans to file a motion for summary judgment, he shall file a proposed briefing schedule by **November 18, 2022**.

Dated: September 15, 2022
       New York, New York

                                                  LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE